Margaret Lovewell, a/k/a Peg Lovewell, Plaintiff-Appellee, v. Roland Schlick, d/b/a Sky Realty Company, Defendant-Appellant.

Gen. No. 48,093.

First District, Third Division.
November 23, 1960.

Raszus & Harris, of Chicago (John E. Harris, of counsel) for appellant; no appearance made or brief filed for appellee. Opinion by JUSTICE DEMPSEY. Not to be published in full.